UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Case has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CR 09-0123 MMC**     **United States of America v. Juan Hernandez-De La Paz**
**CR 09-0196 SI**        **United States of America v. Juan Hernandez-De La Paz**

**ORDER**

The time for filing a statement to support or oppose the Notice has passed.  On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[   ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[   ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ X ]   ARE RELATED as defined by Crim. L.R. 8-1(b).  Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned.  Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) before a district court judge are vacated and must be renoticed for hearing before the undersigned.

DATED:  March 11, 2009

UNITED STATES DISTRICT JUDGE