```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RONALD C. TYLER
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    19 th Floor, Box 36106
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5

 6  Counsel for Defendant HERNANDEZ DE LA PAZ

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0196 MMC |
|  ) | No. CR 09-0123 MMC |
| Plaintiff, ) | |
|  ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME UNDER** |
|  ) | **THE SPEEDY TRIAL ACT ;** |
| JUAN HERNANDEZ DE LA PAZ, ) | **CONTINUING STATUS CONFERENCE;** |
|  ) | **CONTINUING SUPERVISED RELEASE** |
| Defendant. ) | **HEARING** |
| _____ ) | |

**STIPULATION**

The parties agree to continue the status hearing in the above-captioned matter from May 13, 2009 until June 3, 2009 at 2:30 p.m.  The reason for the continuance is that additional time is required to complete the psychiatric evaluation.

For the foregoing reasons, the parties agree to the stated continuance and request that time be excluded under the Speedy Trial Act based upon the need for effective preparation and continuity of counsel.  Accordingly, the parties agree to and request that the status hearing be continued until June 3, 2009, at 2:30 p.m. and time should be excluded from the Speedy Trial Act calculation until that date.

/ / /

Stipulation and [Proposed] Order Excl. Time
*U.S. v. Juan Hernandez de la Paz;*
CR 09-0123 MMC                              1

1     IT IS SO STIPULATED.

2

3   Dated:    May 11, 2009                               _____/s/_____

4                                                              RONALD C. TYLER

5                                                               Assistant Federal Public Defender
                                                               Counsel for Juan Hernandez de la Paz

6   Dated:    May 11, 2009                               _____/s/_____

7                                                              JEANE HAMILTON
                                                              Assistant United States Attorney

8

9                                       **[PROPOSED] ORDER** (PROPOSED struck through)

10     The Court finds as follows:

11     The ends of justice are served by granting the requested continuance, given that failure to

12 do so would deny counsel for the defendant the reasonable time necessary for effective

13 preparation, taking into account the exercise of due diligence, and would unreasonably deny the

14 defendant continuity of counsel.

15     The aforementioned ends of justice outweigh the best interest of the public and the

16 defendant in a speedy trial.

17     Accordingly, this matter is continued until June 10, 2009 at 2:30 p.m.  Pursuant to the

18 Speedy Trial Act Title 18 United States Code  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), the

19 period from May 13, 2009 until June 3, 2009 is excluded in computing the time within which the

20 trial of this matter must commence.

21

22     IT IS SO ORDERED.

23

24   Dated:  May 12, 2009                          _/s/ Maxine M. Chesney_____

25                                                          HONORABLE MAXINE M. CHESNEY
                                                         UNITED STATES DISTRICT COURT JUDGE

26

Stipulation and [Proposed] Order Excl. Time
*U.S. v. Juan Hernandez de la Paz;*
CR 09-0123 MMC                     2