1 BARRY J. PORTMAN
Federal Public Defender
2 RONALD C. TYLER
Assistant Federal Public Defender
3 450 Golden Gate Avenue
19 th Floor, Box 36106
4 San Francisco, CA 94102
Telephone: (415) 436-7700
5

6 Counsel for Defendant HERNANDEZ DE LA PAZ

7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-09-0123 MMC |
| ) | CR-09-0196 MMC |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER CONTINUING SENTENCING** |
| ) | **HEARING** |
| JUAN HERNANDEZ DE LA PAZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently set for Wednesday, September 9, 2009, at 2:30 p.m. be continued to October 7, 2009, at 2:30 p.m. The reason for the continuance is that defense counsel is on leave for the balance of the currently scheduled presentence period and thus unable to complete defense preparations.

All parties and the probation officer are available on the requested date.

/ /

/ /

/ /

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING;
CR 09-0123 MMC
CR 09-0196 MMC                                    1

IT IS SO STIPULATED.

Dated:   August 13, 2009                     ____/s/_____
                                             RONALD C. TYLER
                                             Assistant Federal Public Defender
                                             Counsel for Juan Hernandez de la Paz

Dated:   August 13, 2009                     ____/s/_____
                                             DAVID WARD
                                             Assistant United States Attorney

## ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for September 9, 2009 shall be continued to October 7, 2009, at 2:30 p.m.

**IT IS SO ORDERED**.

Dated:  August 14, 2009                      _____
                                             HONORABLE MAXINE M. CHESNEY
                                             UNITED STATES DISTRICT COURT JUDGE